| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> XX RECORDING REQUEST BY AND RETURN TO: <br> ANA P. PEREZ, ESQ., SBN: 253309 <br> McCARTHY, JOHNSON & MILLER, LAW CORPORATION <br> 595 Market St., Suite 2200, San Francisco, CA 94105 <br> [XX] ATTORNEY FOR   [XX] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | TELEPHONE NO. <br> (415) 882-2992 | FOR RECORDER'S USE ONLY |
|---|---|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave., 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

PLAINTIFF: Board of Trustees of the U.A. Local No. 355 Health and Welfare Trust Fund, et al.
DEFENDANT: Image Landscape Inc.

| WRIT OF | [XX] EXECUTION (Money Judgment) <br> [ ] POSSESSION OF    [ ] Personal Property <br>                         [ ] Real Property <br> [ ] SALE | CASE NUMBER: <br> C 02 2299 VRW |
|---|---|---|
| | | FOR COURT USE ONLY |

1. To the Sheriff or any Marshal or Constable of the County of: San Francisco

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name) Board of Trustees of the U.A. Local No. 355 Health and Welfare Trust Fund, et al.
   is the [XX] judgment creditor   [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   Image Landscape, Inc.
   4800 Amber Lane
   Sacramento, CA 95841

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment as of Nov. 4, 2008 .......$ 188,713.56
12. Costs after judgment (per filed order or memo CCP 685.090 .......$ 0
13. Subtotal (add 11 and 12) .......$ 188,713.56
14. Credits .......$ 0
15. Subtotal (subtract 14 from 13) .......$ 188,713.56
16. Interest after judgment (per filed affidavit CCP 685.050) .......$ Installment judgment; interest calculated on amount due.
17. Fee for issuance of writ .......$ 0
18. Total (add 15, 16, and 17) .......$ 188,713.56

[ ] additional judgment debtors on reverse

5. Judgment entered on (date): December 2, 2002
6. [ ] Judgment renewed on (dates):

19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of 10% ...... $ 51.70/day

7. Notice of sale under this writ
   a. [XX] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)

Issued on (date): NOV 0 4 2008    Clerk, by MARIA LOO _____, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89